IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION TO MODIFY** |
| ) | **CONDITIONS OF NO CONTACT ORDER** |
| vs. ) | |
| ) | |
| Dejuan Ranier Thornton, ) | Case No. 1:21-cr-240 |
| ) | |
| Defendant. ) | |

Following his initial appearance and arraignment on December 9, 2021, the court remanded Defendant Dejuan Ranier Thornton ("Thornton") into custody pending a detention hearing. (Doc. No. 15). On December 13, 2021, he filed a waiver of his right to a detention hearing and was ordered detained pending trial. (Doc. Nos. 23, 26). He has recently executed a plea agreement and has given his consent to the institution of a pre-sentence investigation by the United States Probation Office. (Doc. Nos. 57, 59). His plea and sentencing is set for May 15, 2023. (Doc. No. 60).

Thornton's co-defendant, Madison Lynn Endresen ("Endresen"), was initially detained following her initial appearance and arraignment on December 9, 2021. (Doc. No. 20). However, on December 13, 2021, the court issued an order releasing her subject to a number of conditions, one of which was the requirement that she have no direct or indirect contact with Thornton. (Doc. No. 25). Like Thornton, she has recently executed a plea agreement and has given her consent to the institution of a pre-sentence investigation by the United States Probation Office. (Doc. Nos. 53, 55). Her plea and sentencing is set for April 14, 2023. (Doc. No. 56).

On February 6, 2023, Thornton filed a "Motion to Modify Conditions of No Contact Order." (Doc. No. 61). He requests that the court strike the condition of Endresen's release that prohibits

her from contacting him as the two share a child and would like to discuss parental issues. He points out that he and Endresen have executed plea agreements and that he expects to remain incarcerated. He further advises that neither the United States nor Endresen object to his motion.

The court typically would not entertain a motion filed by one defendant to modify a co-defendant's conditions of release. However, the court will make an exception in this case given the current posture of this case, the fact that Thornton and Endresen share a child, and the fact that neither the United State nor Endresen object to the modification requested. Thornton and Endresen share a child and so have reason to communicate. As Thornton has pointed out, both he and Endresen have executed plea agreements, which arguably ameliorates some of the concern that necessitated the imposition of the no contact order, and he is likely to remain in custody, which means that his telephone calls will be likely be monitored. Given these circumstances, the court **GRANTS** Thornton's motion (Doc. No. 61) and strikes the provision of Endresen's release conditions that prohibits her from contacting Thornton.

**IT IS SO ORDERED.**

Dated this 7th day of February, 2023.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court