**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **RECONSIDERATION OF ORDER OF** |
| vs. | ) | **DETENTION AND SETTING CONDITIONS** |
| | ) | **OF RELEASE** |
| Dejuan Ranier Thornton, | ) | |
| | ) | Case No. 1:21-cr-240 |
| Defendant. | ) | |

The court previously ordered Defendant detained pending the final hearing on a petition for action on his conditions of supervised release. (Doc. No. 105). On July 9, 2026, Defendant filed a Motion for Reconsideration of Order of detention. (Doc. No. 106). Advising that he has secured a placement at an inpatient treatment program at Providence House's facility in Arnegard, North Dakota, on July 21, 2026.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 106). Defendant shall be release to Providence House staff no earlier than 7:00 AM on July 21, 2026, for transport to Providence House's facility in Arnegard.. In addition to his existing conditions of supervised release, Defendant's release is subject to the following additional conditions:

(1)    Defendant shall reside at Providence House, fully participate in its treatment program, and comply with all of its rules and regulations.

(2)    Defendant must sign all release forms to allow the Probation Officer to obtain information from Providence House AND to communicate with Providence House about his progress there.

1

Any passes allowed by Providence House must be approved by the Probation Officer.

If for any reason Defendant is terminated from Providence House, he must immediately surrender to the custody of the United States Marshal.

If Defendant successfully completes the treatment program, the Probation Officer may approve Defendant's transition to an appropriate sober living home.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Probation officer of his anticipated completion date so the court may schedule a hearing to review Defendant's release status.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court